

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00074-CV

| | | |
|---|---|---|
| IN THE INTEREST OF M.G., A CHILD | § | On Appeal from the 360th District Court |
| | § | of Tarrant County (360-704341-21) |
| | § | June 15, 2023 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. The termination order is modified to strike the unproven Subsection (N) predicate-ground finding as to Father only. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell